No. 237. PRIDEAUX *v.* DES MOINES JOINT-STOCK LAND BANK. Jurisdictional state-

ment submitted October 13, 1930. Decided October 20, 1930. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 238, Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 938). *Mr. Harold C. Prideaux, pro se. Mr. George Cosson* for appellee.